# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WARREN T. JACKSON, JR.**                                                **PLAINTIFF**

**v.**                          **Case No. 4:24-cv-169-JM**

**HUES TEMPORARY AGENCIES,** *et al.*                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE